# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NORGUARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JASON S. MCKINZIE, JR., JEFFERY S. HARR, JILL E. HARR, DOH, INC., JOHNNY'S PIZZA, INC., and JOHNNY'S PIZZA FRANCHISE SYSTEM, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:24-CV-03586-TRJ |

## DEFENDANT JASON S. MCKINZIE, JR.'S
## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND AMENDED MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Jason S. McKinzie, Jr. ("Mr. McKinzie") and hereby submits this Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Amended Motion for Summary Judgment as follows:

Plaintiff NorGUARD Insurance Company ("Plaintiff") filed a Motion for Summary Judgment on March 17, 2025. Mr. McKinzie's deadline to respond to that motion is April 7, 2025. On April 1, 2025, Plaintiff filed an Amended Motion for Summary Judgment. Due to Mr. McKinzie's counsel's caseload and to clear up any

confusion regarding whether Mr. McKinzie must respond to the original Motion for Summary Judgment or just the Amended Motion for Summary Judgment and the deadline for that response, Mr. McKinzie respectfully requests that this Court allow him until April 21, 2025 to respond to both motions. Plaintiff has consented to this extension. A proposed order is attached hereto as **Exhibit A**.

Respectfully submitted on April 3, 2025.

*/s/ Jonathan Palmer*
Jonathan M. Palmer
Georgia Bar No. 453452
Nicholas T. Sears
Georgia Bar No. 491480

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, N.E. Suite 1201
Atlanta, Georgia 30309
Tel: (404) 228-4822
Fax: (404) 228-4821
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com

Consented to by:

*/s/ Grant T. Herrin*
Grant T. Herrin (LA # 35169)
3850 North Causeway Blvd., Suite 630
Metairie, Louisiana 70002
Tel: 504-527-5055 X 1429
Fax: 504-0527-5056
grant.herrin@qpwblaw.com
*Counsel pro hac vice for Plaintiff*

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULES AND SERVICE

In accordance with L.R. 7.1(D), I hereby certify that the foregoing was prepared in Times New Roman, 14-point font, one of the fonts specified in L.R. 5.1(C). I also hereby certify that I have served the foregoing on opposing counsel by filing through the Court's CM/ECF system, which will send electronic notice to all counsel of record.

Submitted on April 3, 2025.

                                                     */s/ Jonathan Palmer*
                                                    Jonathan M. Palmer
                                                    Georgia Bar No. 453452
                                                    Nicholas T. Sears
                                                    Georgia Bar No. 491480

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, N.E. Suite 1201
Atlanta, Georgia 30309
Tel: (404) 228-4822
Fax: (404) 228-4821
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com